UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-40115-03 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| MYCAH JAYDEN BURNS, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Mycah Jayden Burns.

Beginning on an unknown date and continuing until on or about March 9, 2020, in the District of South Dakota and elsewhere, I knowingly and intentionally combined, conspired, confederated, and agreed together, with others known and unknown, to knowingly and intentionally distribute a mixture and substance containing 500 grams or more of methamphetamine, a Schedule II controlled substance.

I voluntarily and intentionally joined in the agreement or understanding to distribute methamphetamine.

At the time I joined in the agreement or understanding to distribute methamphetamine, I knew the purpose of the agreement or understanding.

While I was actively involved in furthering the purpose of the agreement or understanding, I could foresee that the quantity of methamphetamine involved in the agreement or understanding exceeded 500 grams.

I distributed over 500 grams of methamphetamine to co-conspirators. Based on conversations we had, I was aware that some of this methamphetamine would be re-distributed to their own customers in the District of South Dakota and elsewhere.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing, including additional drug quantities, may be developed and attributed to the Defendant for sentencing purposes.

RONALD A. PARSONS, JR.
United States Attorney

6/18/20
Date

Jennifer D. Mammenga
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2361
Facsimile: (605)330-4410
E-Mail: jennifer.mammenga@usdoj.gov

6-12-20
Date

_[signature]_
Mycah Jayden Burns
Defendant

6-12-20
Date

_[signature]_
Aaron A. Fox
Attorney for Defendant

[3]